**MEMO ENDORSED**

August 7, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  August 7, 2014
```

BY EMAIL:

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:      United States v. Eddie Mateus,
                  14 Cr. 504 (KPF)

Dear Judge Failla:

      The Government has been informed by Mr. David Segal, Esq., that he intends to withdraw as counsel for Mr. Mateus.  As a result, the Government asks that this afternoon's conference be cancelled and that Mr. Lizardi and Mr. Robert Blossner, Esq. be excused from appearing before the Court at this time.  It is my understanding that Mr. Segal is going to speak with Mr. Mateus and advise the Government as to whether Mr. Mateus will be retaining new counsel or if he needs, assuming he is eligible, court appointed counsel.  The Government will keep the Court apprised as to the status of who will represent Mr. Mateus so that there can be a substitution of counsel conference as soon as possible.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

    By:      _____/s/_____
      Harris M. Fischman
      Assistant United States Attorney
      (212) 637-2305

Enclosure

Cc:    David Segal, Esq.
        Robert Blossner, Esq.
        (By email)

Application GRANTED. The conference scheduled for August 7, 2014 is adjourned sine die. The Government shall contact the Court to advise when a substitution of counsel conference can be scheduled.

Dated: August 7, 2014       SO ORDERED.
      New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE