AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▾

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   14 CR 504 (KPF) |
| Eddie Mateus | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

EDDIE MATEUS

Date:   08/18/2014

*(signature)* EF3269
*Attorney's signature*

Eric Franz
*Printed name and bar number*

Law Offices of Eric Franz
747 Third Avenue, 20th Floor
New York, NY 10017
*Address*

eric@efranzlaw.com
*E-mail address*

(212) 355-2200
*Telephone number*

(212) 937-2217
*FAX number*