UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

        - against -

EDDIE MATEUS,

                Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 23, 2014

14 CR 504 (KPF)

**STIPULATION OF
SUBSTITUTION
OF COUNSEL**

       **PLEASE TAKE NOTICE THAT,** it is hereby stipulated by and between the undersigned parties, that Raymond Aab of the law firm of Koehler & Isaacs, LLP, 61 Broadway, New York, New York, 10006 is substituted as attorney for defendant Eddie Mateus in place and instead of Eric Franz, Esq., of the Law Offices of Eric Franz, P.L.L.C., 747 Third Avenue, 20th Floor, New York, New York, 10017 as of the date hereof.

Dated: New York, New York
       October 22, 2014

Substituted Counsel

_____
Raymond Aab
Substituted Attorney for Defendant
Koehler & Isaacs LLP
61 Broadway
New York, New York 10006
(917) 551-1300

Former Counsel

_____
Eric Franz, Esq.
Former Attorney for Defendant
Law Offices of Eric Franz, P.L.L.C.
747 Third Avenue, 20th Floor
New York, New York, 10017
(212) 355-2200

SO ORDERED:

_____
**Hon. Katherine Polk Failla**

Dated: October 23, 2014
      New York, New York