UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | | 14 Cr. 504 (KPF) |
| -against- | : | |
| | | **NOTICE OF APPEARANCE** |
| EDDIE MATEUS, | : | |
| Defendant. | : | |

-------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned hereby appears as co-counsel for defendant Eddie Mateus in the above-entitled matter.

Dated: New York, New York
       November 11, 2014

/s/     *Gerald J. McMahon*
Gerald J. McMahon, Esq.
*Co-Counsel for Defendant Eddie Mateus*
The Standard Oil Building
26 Broadway, 18th Floor
New York, New York 10004
(212) 797-1877
(212) 797-1419 (fax)
gm@geraldjmcmahon.com

To:   All Counsel
      (By ECF)