**MEMO ENDORSED**

GERALD J. MCMAHON
ATTORNEY AT LAW
THE STANDARD OIL BUILDING
26 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10004

(212) 797-1877 (TEL)
(212) 797-1419 (FAX)
gm@geraldjmcmahon.com (E-MAIL)

WEBSITE
www.geraldjmcmahon.com

LEGAL ASSISTANT
Cassandra Lapal Williams

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 11, 2014

December 9, 2014

By Email

The Honorable Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square, Room 2103
New York, New York 10007

Re: United States v. Eddie Mateus
    14 Cr. 504 (KPF)

Dear Judge Failla:

This letter is to request a consent adjournment of the status conference scheduled for December 19, 2014 due to a death in the family of lead counsel Raymond J. Aab, Esq. Mr. Aab will be out of the country from December 18-21, 2014. No previous requests for an adjournment have been made. The government, by Assistant United States Attorney Russell Capone, consents to this request.

After having conferred with Mr. Capone, the parties would be available for the conference on December 29-31, 2014, January 5-6, 2015, or any date thereafter acceptable to the Court other than January 15, 2015.

Very truly yours,

Gerald J. McMahon

GJM:cw
cc: AUSA Russell Capone
    Raymond J. Aab, Esq.
    (by email)

Application GRANTED. The Court extends its condolences, and hereby reschedules the conference of December 19, 2014, to December 30, 2014, at 4:00 p.m.

Dated: December 11, 2014
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE