# RAYMOND J. AAB

ATTORNEY AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NEW YORK 10006
TEL.: (917) 551-1300  FAX: (917) 551-0030
Email: rja120@msn.com

July 9, 2015

Hon. Katherine Failla
United States District Judge
40 Foley Square, Room 2103
New York, N.Y.  10007

Re: United States v. Eddie Mateus
Indict. No.: 14 Cr 504 (kpf)

Dear Judge Failla:

    This informs the Court that I will be actually engaged in a testimonial proceeding before the NYS Supreme Court on Tuesday, July 14th at 9:30 AM and that co-counsel Gerald McMahon will appear at the conference scheduled before Your Honor.

    We understand that Mr. Eddie Mateus has been interviewing attorneys but has not yet retained new counsel.

Respectfully,

/s/ RAYMOND J. AAB (RA 4195)

cc., by email:

AUSA Russell Capone,
Joshua Rothman, pre-trial services
Eddie Mateus