```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 10, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA,                             :
                                                      :
            v.                                        :     14 Cr. 504 (KPF)
                                                      :
EDDIE MATEUS,                                         :     ORDER
                                                      :
                              Defendant.              :
                                                      :
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant's letter motions, filed February 8, 2016 (Dkt. #74), and the Government's response (Dkt. #75). For the reasons given on the record on February 10, 2016, Defendant's motions to dismiss the indictment and for a bill of particulars are DENIED. Defendant's motions to compel production and to suppress evidence are DENIED AS MOOT.

Pursuant to the conference held on November 13, 2015, the following schedule is hereby ORDERED:

The parties' respective jury charge requests, proposed verdict forms and questions for voir dire, and any motions *in limine* will be due on **May 23, 2016**.

Opposition to a party's motions *in limine* will be due **May 30, 2016**.

A Final Pretrial Conference will be held on **June 7, 2016**, at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Trial will begin on **June 20, 2016**, at **9:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:    February 10, 2016
             New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge