UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               -v.-<br><br>EDDIE MATEUS,<br><br>               Defendant. | 14 Cr. 504 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant's June 30, 2020 motion for compassionate release. (Dkt. #130). The Government shall file its response papers on or before July 10, 2020. Defendant may file a reply in further support of his motion on or before July 17, 2020.

SO ORDERED.

Dated:   July 2, 2020
             New York, New York

                                                         KATHERINE POLK FAILLA
                                                         United States District Judge